AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cleary, Paul J. | 2. Court or Organization<br><br>NDOK | 3. Date of Report<br><br>07/25/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FT Magistrate Judge -- Recall | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US District Court
333 West Fourth St.
Tulsa, OK 74103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law & Econ. Ctr. - George Mason University Antonin Scalia Law School | May 21-23, 2017 | Arlington, VA | Education | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 07/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | George Mason University Antonin Scalia Law School - Judicial Education Program | Food and, lodging, travel | $1,312.48 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jt Tenancy wros (lines 2-10) | A | Int./Div. | M | T | | | | | |
| 2. Bank of America stock | A | Dividend | K | T | Sold (part) | 08/16/17 | J | | |
| 3. John Hancock Regional Bank Fund FRBAX | A | Dividend | K | T | Buy | 05/01/17 | J | | |
| 4. Keycorp | A | Dividend | J | T | Buy | 01/12/17 | J | | |
| 5. JP Morgan Chase stock | A | Dividend | K | T | | | | | |
| 6. Halliburton stock | A | Dividend | J | T | | | | | |
| 7. Hewlitt Packard stock | A | Dividend | J | T | | | | | |
| 8. DXC Technology Inc. | A | Dividend | J | T | Spinoff (from line 7) | 04/03/17 | J | | |
| 9. Dell Technologies DVMT | A | Dividend | J | T | | | | | |
| 10. Bank of NY | A | Dividend | K | T | | | | | |
| 11. Ameriprise (lines 25-38 & 53-69) | D | Int./Div. | N | T | | | | | |
| 12. AIM Growth CNSDX (formerly CNSAX) | A | Dividend | J | T | | | | | |
| 13. MFS Intl Valu MINIX (formerly MGIAX) | A | Dividend | L | T | Sold (part) | 01/24/17 | J | | |
| 14. Mainstay Cushing CSHZX (formerly CSHAX) | A | Dividend | K | T | Sold (part) | 01/25/17 | J | | |
| 15. Oppenheimer Dev. Mrkt. ODVYX (formerly ODMAX) | A | Dividend | K | T | | | | | |
| 16. Blackrock Emerging Mkt BLSIX (formerly BLSAX) | A | Dividend | | | Sold | 07/27/17 | J | | |
| 17. Neuberger & Berman Eq Assets Genesis NBGIX (formerly NBGAX) | A | Dividend | J | T | Sold (part) | 01/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Neuberger & Berman NBGIX | A | Dividend | J | T | Sold (part) | 07/27/17 | J | | |
| 19. Wells Fargo Adv Growth SGRNX (formerly SGRAX) | A | Dividend | L | T | Sold (part) | 01/06/17 | J | | |
| 20. Wells Fargo Adv Growth SGRNX (formerly SGRAX) | A | Dividend | L | T | Sold (part) | 01/24/17 | J | | |
| 21. Wells Fargo Adv Gwth SGRNX (formerly SGRAX) | A | Dividend | L | T | Sold (part) | 07/27/17 | J | | |
| 22. Blkrock Glb MALOX (formerly MDLOX) | A | Dividend | K | T | | | | | |
| 23. Columbia Strat.Inc. COSIX | A | Dividend | K | T | Buy | 01/24/17 | K | | |
| 24. Columbia Strat. Inc. LSIZX (formerly COSIX) | A | Dividend | K | T | | | | | |
| 25. Corp Prop Assoc 17 REIT | A | Dividend | K | T | | | | | |
| 26. OK Svgs 529 Global Eq Index (DAC) mut fund | A | Dividend | J | T | | | | | |
| 27. OK Savings 529 Global Eq Index (DAC) mut fund | A | Dividend | J | T | | | | | |
| 28. OK Svgs 529 Managed Allocation (DAC) mut fund | A | Dividend | J | T | | | | | |
| 29. OK Svgs 529 Bal Op (DAC) | B | Dividend | J | T | | | | | |
| 30. Bank of America cash acct | A | Interest | J | T | | | | | |
| 31. BH Media 401(k) [Fidelity] | B | Int./Div. | M | T | | | | | |
| 32. -- SPTN 500 Index Inst (FID500 Index) | A | Dividend | L | T | | | | | |
| 33. -- TRP Eq. Inc | A | Dividend | | | Sold | 01/24/17 | J | | |
| 34. -- TRP Blue Chp Gwth | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- FID EXT Mkt Idx | A | Dividend | L | T | | | | | |
| 36. -- Fid Sm Cap Discovery | A | Dividend | K | T | | | | | |
| 37. -- Oakmark Intl I | A | Dividend | K | T | | | | | |
| 38. -- WF Stable Value | A | Dividend | K | T | | | | | |
| 39. -- Baird Core Plus | A | Dividend | J | T | | | | | |
| 40. Nuveen Ltd Term Muny Bond FLTRX (formerly FLTDX) | A | Dividend | K | T | | | | | |
| 41. Integrity Okla. Muny OKMUX | A | Dividend | | | Sold | 07/27/17 | J | | |
| 42. Eaton Vance EIBLX (formerly EVBLX) | A | Dividend | K | T | Buy | 01/24/17 | K | | |
| 43. Invesco Devel Kkts GTDYX (formerly GTDDX) | A | Dividend | J | T | | | | | |
| 44. Deutsche Global Infrastrucure TOLSX (formerly TOLLX) | A | Dividend | K | T | | | | | |
| 45. Neuberger Berman Genesis NBGIX (formerly NBGAX) | A | Dividend | J | T | Sold (part) | 01/24/17 | J | | |
| 46. Putnam Absolute Return 300 PYTRX (formerly PTRNX) | A | Dividend | | | Sold | 07/27/17 | K | | |
| 47. Goldman Sachs Multi Mgr GIMMX (formerly GMAMX) | A | Distribution | K | T | Buy (add'l) | 07/27/17 | K | | |
| 48. Mainstay Epoch Global EPSYX (formerly EPSPX) | A | Dividend | J | T | Buy | 01/25/17 | J | | |
| 49. Virtus Multi Sector Short Term Bond PIMSX (formerly NARAX) | A | Interest | K | T | | | | | |
| 50. Columbia Convert. Sec. NCIAX | A | Interest | J | T | Buy | 07/27/17 | J | | |
| 51. Calamos Mrkt Neutral CMNIX | A | Dividend | J | T | Buy | 07/27/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prin. Debt Exempt Bond PITEX | A | Interest | J | T | Buy | 07/27/17 | J | | |
| 53. JPMorgan Inc. Bldr JNBSX | A | Dividend | | | Buy | 06/06/17 | J | | |
| 54. JPMorgan Inc. Bldr JNBSX | A | Dividend | | | Sold | 07/27/17 | J | | |
| 55. Dreyfus Premier WW Grwth DPWRX | A | Dividend | J | T | Buy | 07/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 1-10:  Stock held in JTWROS by ▮▮▮▮▮▮▮▮▮.  This joint tenancy was created in 2006.

NOTE:  In prior years, assets were reported for an educational Trust established for ▮▮▮▮▮▮▮▮.  Pursuant to this year's updated instructions, those assets are not reported this year because 1) the filer, spouse or child did not create the trust; 2) the filer, spouse did not receive income from the Trust and filer has no dependent children; and 3) filer, spouse have no beneficial interest in the Trust.  These assets previously appeared on Line 8-11, 13, 16 & 17 of the filer's 2016 report.

Line 13 -  Part of fund was sold on 1/24/17 when it was MGIAX.  On 2/10/17 through graduation in class, the fund became MINIX.

line 14 - Sold part of fund on 1/25/17 when it was CSHAX.  Through graduation in class, fund became CSZHX on 2/10/17.

Line 23-24 - Purchased fund as COSIX on 1/24/17.  Through graduation in class, fund became LSISX on 3/10/17.

Line 31-39:  Relative's 401(k) holdings.

Line 42 - Purchased fund as EVBLX on 1/24/17.  Through graduation in class, fund became EIBLX on 3/10/17.

Line 48 - Purchased fund as EPSPX on 1/25/17.  Through graduation in class, became EPSYX on 2/10/17.

Line 49 - Virtus Multi-Sector Short Term Bond PIMSX (forrmerly NARAX), was purchased on April 1, 2015, but inadvertently omitted from the Financial Discloure Reports for 2015 and 2016.  Value has Code K has not changed during the duration of ownership.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul J. Cleary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544